IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTINE RICHARDSON,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF ALASKA; STATE OF ALASKA DEPARTMENT OF CORRECTIONS; CITY OF KODIAK; KODIAK POLICE DEPARTMENT; OFFICER JEWELL TORREJAS, DETECTIVE MICHAEL SORTOR, KODIAK POLICE DEPARTMENT CHIEF OF POLICE RHONDA WALLACE, JOHN DOES 1-10;<br><br>                Defendants. | Case No. 3:17-cv-00022-TMB |

## **ORDER GRANTING**
## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that the matter in the above-captioned action is hereby dismissed with prejudice.

Dated: November 14, 2019.          /s/ *Timothy M. Burgess*
                                                     HONORABLE TIMOTHY M. BURGESS
                                                   UNITED STATES DISTRICT JUDGE